1  Alden J. Parker, State Bar No. 196808
   aparker@weintraub.com
2  Melissa M. Whitehead, State Bar No. 262123
   mwhitehead@weintraub.com
3  **weintraub tobin** chediak coleman grodin
   LAW CORPORATION
4  400 Capitol Mall, 11th Floor
   Sacramento, CA 95814
5  Telephone: (916) 558-6000
   Facsimile: (916) 446-1611
6

7  Attorneys for Defendants
   Linder Psychiatric Group, Inc.,
8  David Linder, M.D., and Renae Linder

9  Erick C. Turner, State Bar No. 236186
   erick@callaborcounsel.com
10 Turner Law Group
   1104 Corporate Way
11 Sacramento, CA 95831
   Telephone: (916) 529-3265
12

13 Brian S. Crone, State Bar No. 191731
   briancrone@cronelawoffice.com
   The Law Office of Brian Crone
14 1104 Corporate Way
   Sacramento, CA 95831
15 Telephone: (916) 395-4464

16 Attorney for Plaintiff JAMIE IRELAND

17

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMIE IRELAND, an individual, | Case No. 2:15-cv-00670-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER** |
| v. | |
| LINDER PSYCHIATRIC GROUP, INC., a California Corporation; DAVID LINDER, M.D., an individual; RENAE LINDER, an individual; and DOES 1 to 15, | Action Filed: December 31, 2014<br>First Amended Complaint: January 20, 2015 |
| Defendants. | Action Removed: March 25, 2015 |

Plaintiff JAMIE IRELAND ("Plaintiff") and Defendants LINDER PSYCHIATRIC GROUP, INC., DAVID LINDER, M.D., and RENAE LINDER (collectively, "Defendants"), by and through their counsel of record, hereby submit the following stipulation and [proposed] Order to modify the Pre-Trial Scheduling Order (Dckt. # 13) to continue the trial, and all related deadlines and currently scheduled dates, as follows:

WHEREAS the Parties have agreed to and scheduled mediation, to take place on December 11, 2015;

WHEREAS the Parties have engaged in written discovery and have essential depositions that have not yet been scheduled;

WHEREAS the expert witness disclosures deadline is December 4, 2015;

WHEREAS the Parties agree that the time and expense associated with completing depositions and preparing expert witness disclosures will impede the ability to mediate and resolve this case;

WHEREAS the Parties intend to conduct further discovery if mediation is not successful;

WHEREAS the Parties and their counsel agree that an Order modifying the Pre-Trial Scheduling Order will not prejudice the Parties and can be issued forthwith;

WHEREAS the Parties and their counsel agree that this Stipulation is made in good faith and not for any improper purpose;

WHEREAS there have been no previous modifications of the Pre-Trial Scheduling Order in this matter;

WHEREAS good cause exists to modify the scheduling order, to allow the Parties to meaningfully engage in further settlement discussions, private mediation, and to conduct further discovery if the Parties do not reach a settlement.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, that:

1. All dates in the Scheduling Order will be continued, subject to Court approval, to allow the Parties to meaningfully engage in further settlement discussions, private mediation, and to conduct further discovery if the Parties do not reach a

settlement. The Parties propose ///

the following new scheduling deadlines and dates, which are mutually agreeable to the Parties, or dates thereafter:

| | |
|---|---|
| Expert Witness Disclosures: | April 15, 2016 |
| Supplemental Expert Witness Disclosures: | April 29, 2016 |
| Discovery Cut-Off: | June 17, 2016 |
| Dispositive Motion Filing Deadline: | July 26, 2016 |
| Dispositive Motion Hearing Deadline: | August 23, 2016 at 1:30 p.m. |
| Final Pretrial Conference: | October 7, 2016 at 11:00 a.m. |
| Jury Trial: | November 28, 2016 at 9:00 a.m. |

2. The Parties agree to accept these proposed dates, or such later dates as the Court may reasonably set in its discretion, subject to any subsequent adjustment necessary for good cause shown.

3. Based on the foregoing, the Parties respectfully request this Court enter an Order consistent with this Stipulation.

IT IS SO STIPULATED.

Dated: November 17, 2015   **Erick C. Turner, Attorney At Law**

By: */s/ Erick C. Turner*
Erick C. Turner
Attorney for Plaintiff
JOELLE STALLSMITH

Dated: November 17, 2015   **weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: */s/ Alder J. Parker*
Alden J. Parker
Attorneys for Defendant
LINDER PSYCHIATRIC GROUP, INC.

**ORDER (AS AMENDED BY THE COURT)**

Based upon the Stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:  11/18/2015                                    /s/ John A. Mendez_____
                                                      UNITED STATES DISTRICT COURT JUDGE