ERICK C. TURNER (State Bar No. 236186)
**TURNER LAW GROUP**
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 529-3265
erick@calaborcounsel.com

BRIAN S. CRONE (State Bar No. 191731)
**THE LAW OFFICE OF BRIAN CRONE**
1104 Corporate Way
Sacramento, CA 95831
Telephone: (916) 395-4464
briancrone@cronelawoffice.com

Attorneys for Plaintiff JAIME IRELAND

ALDEN J. PARKER, State Bar No. 196808
aparker@weintraub.com
weintraub tobin chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAIME IRELAND,<br><br>             Plaintiff,<br><br>        vs.<br><br>LINDER PSYCHIATRIC GROUP, INC., a California Corporation; DAVID LINDER, M.D., an individual; RENAE LINDER, an individual; and DOES 1 to 100, inclusive;<br><br>             Defendants.<br><br>AND RELATED COUNTERLCAIM | **Case No. 2:15-cv-00670-JAM-EFB**<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

**ALL OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL STIPULATE TO THE ENTRY OF THIS AGREED ORDER OF DISMISSAL:**

1

**AGREED ORDER OF DISMISSAL**

The parties hereby agree that this case has been settled and that all issues and controversies, in both Plaintiff's Complaint and Defendants' Counter-claim (collectively the "Action"), have been resolved to their mutual satisfaction. The parties stipulate to the dismissal of the Action with prejudice.

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

Dated: February 26, 2016          **THE LAW OFFICE OF BRIAN CRONE/TURNER LAW GROUP**

By: ___/s/ Brian Crone_____
    Brian Crone
    Erick Turner
    Attorneys for Plaintiff
    JAMIE IRELAND

Dated: February 26, 2016          **weintraub tobin chediak coleman grodin**

By: __/s/ Alden Parker_____
    Alden Parker
    Attorneys for Defendants
    Linder Psychiatric Group, Inc., David
    Linder, M.D., and Renae Linder

**IT IS HEREBY ORDERED:**

1. This case is dismissed, with prejudice, and each party to bear his, her or its own attorneys' fees and costs.

Dated: 2/26/2016

    /s/ John A. Mendez_____
    Honorable John A. Mendez
    United States District Court Judge